✔ JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADELA GUZMAN, | Case No. CV 23-06300-ODW (AS) |
|        Petitioner, | **JUDGMENT** |
|    v. | |
| WARDEN, | |
|        Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed without prejudice.

DATED: January 17, 2024

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE